No. 1099. TRAILMOBILE COMPANY ET AL. *v.* WHIRLS. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.

832

*Morison R. Waite* and *Sol Goodman* for petitioners. *Solicitor General McGrath* for respondent.